# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| MARCOS ANTONIO RIOS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-0336-S-BT |
| | § | |
| CITY OF CORSICANA | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that Defendant's Motion to Dismiss [ECF No. 14] is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to the parties and their counsel.

**SO ORDERED.**

SIGNED September 17, 2024.

_____
UNITED STATES DISTRICT JUDGE